**FILED**
June 22, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
*ak* DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DIONNE M. THOMAS, ) <br> ) <br> Defendant. ) | Case No. 2:17-CR-00071-JAM-3 <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DIONNE M. THOMAS , Case No.  2:17-CR-00071-JAM-3 , Charge  18USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of $_____

   \_\_   Unsecured Appearance Bond $_____

   \_\_   Appearance Bond with 10% Deposit

   \_\_   Appearance Bond with Surety

   \_\_   Corporate Surety Bail Bond

   ✔   (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 22, 2017  at  2:00 pm  .

By  /s/ Allison Claire/s/ Allison Claire
  Allison Claire
  United States Magistrate Judge

Copy 2 - Court