FILED
June 22, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_ak_ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DIONNE M. THOMAS,<br><br>    Defendant. | Case No. 2:17-CR-00071-JAM-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __DIONNE M. THOMAS__, Case No. __2:17-CR-00071-JAM-3__, Charge __18USC § 371__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond $_____

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _✔_ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 22, 2017__ at __2:00 pm__.

                                      By  /s/ Allison Claire/s/ Allison Claire
                                           Allison Claire
                                           United States Magistrate Judge

Copy 2 - Court